**RECEIVED**
August 29, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
                DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **MANUEL GUADIAN,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **PROGRESSIVE DEBT RELIEF LLC** § <br> a Florida Limited Liability Company § <br> § <br> **Defendant.** § | **EP-23-CV-0235-FM** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, it is this,

_____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**