UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MANUEL GUADIAN, | § § § |
| Plaintiff, | § § |
| v. | § § | EP-23-CV-00235-FM
| PROGRESSIVE DEBT RELIEF, LLC, | § § § |
| Defendant. | § |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day, the Court considered the "Report and Recommendation" ("R & R") filed in the above-captioned case by United States Magistrate Judge Robert F. Castañeda ("Judge Castañeda") on November 8, 2023. R & R.[1] Therein, Judge Castañeda recommends that the District Court deny Progressive Debt Relief's 12(b)(6) motion to dismiss.[2]

Because neither party objected to Judge Castañeda's R & R, the court has reviewed if for clear error.[3] As the court finds no clear error, the R & R will be approved and adopted in full. Consistent with the R & R, the Court finds that Plaintiff has plausibly pleaded that Valid Solutions was acting as an agent of Defendant when they made the violative phone calls.

Accordingly, it is **HEREBY ORDERED** that United States Magistrate Judge Robert F. Castañeda's "Report and Recommendation" [ECF No. 29] is **APPROVED** and **ADOPTED**.

---

[1] "Report and Recommendation" 1, ECF No. 29, entered Nov. 8, 2023.

[2] *Id.* at 9.

[3] *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statue on other grounds*, 28 U.S.C. § 636(b)(1).

1

It is **FUTHER ORDERED** that Defendant's "Rule 12(b)(6) Motion to Dismiss" [ECF No. 20] is **DENIED** in accordance with the Report and Recommendation.

**SIGNED AND ENTERED** this 28 day of **November 2023.**

**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**